IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 AUG -2  AM 10: 50

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| KYLE SCOTT BOYD<br>a.k.a. KYLE SCOTT BYRD | 3-16CR-0341L |

INFORMATION

The United States Attorney charges:

Count One
Making and Subscribing a False Return
(Violation of 26 U.S.C. § 7206(1))

1. The Internal Revenue Service is an agency of the United States Department of Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the Treasury of the United States.

2. Each year, depending on the amount of taxable income, individual taxpayers are required to file a U.S. Individual Tax Return, Form 1040, showing the individual's gross income, exemptions, deductions, and any tax payable or refund due. Generally, an individual's tax return is due on or about April 15 of the calendar year for the income earned in the prior year.

3. For a period of years that included tax year 2009, **Kyle Scott Boyd, a.k.a. Kyle Scott Byrd** (Boyd), was an insurance agent licensed to sell insurance in Texas as well as several other states. **Boyd** was the owner and operator of Insurance 3 Group, Inc., an insurance business located in Dallas, Texas. In tax year 2009, **Boyd**, through Insurance 3

Information - Page 1

Group, Inc., received income in the form of insurance commissions totaling approximately $572,942.

4. On or about September 2, 2010, in the Dallas Division of the Northern District of Texas, the defendant, **Kyle Scott Boyd**, a resident of Dallas, Texas, did willfully make and subscribe a United States Individual Tax Return, Form 1040, for tax year 2009, which was verified by a written declaration that it was made under the penalties of perjury and filed with the Internal Revenue Service, which said income tax return **Boyd** did not believe to be true and correct as to every material matter in that **Boyd** falsely reported that his income was derived from "insurance agent license rental" and falsely reported that such income totaled $12,000.00, when in truth and fact, as he then well knew and believed, the income he received consisted of insurance commissions, and he falsely omitted said insurance commissions he had received during tax year 2009.

All in violation of 18 U.S.C. § 7206(1).

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ Walker*
_____
LORI L. WALKER
Assistant United States Attorney
Texas Bar No. 24013673
Email: lori.walker@usdoj.gov
KATHERINE MILLER
Texas Bar No. 00789107
Email: katherine.miller@usdoj.gov
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214.659.8600
Fax: 214.659.8805